```
                                                          FILED by ___ KT ___ D.C.
                                                              ELECTRONIC

                                                               June 4, 2008

                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA                STEVEN M. LARIMORE
                                                           CLERK U.S. DIST. CT.
                                                            S.D. OF FLA. - MIAMI
```

RENATO WATCHES, INC.                )
a Florida Corporation,              )
                                    )
       Plaintiff,                  )       Case No.:
                                    )
v.                                  )       **08-CV-60842-Martinez-Brown**
                                    )
DANIEL MINK, SARL,                  )
A foreign corporation, and          )
DANIEL MINK, LLC,                   )
A Jew Jersey limited liability company )
                                    )
                                    )
       Defendants.                 )
_____)

## COMPLAINT FOR DECLARATORY JUDGMENT - NON-INFRINGEMENT OF TRADEMARK

Plaintiff, Renato Watches, Inc. (hereinafter referred to as "Renato Watches"), a Florida corporation, files this Complaint for Declaratory Judgment against Defendant, Daniel Mink, SARL, and Daniel Mink, LLC, (hereinafter referred to as "DM Companies" and/or "Defendants"), and asserts:

### THE PARTIES

1.    Renato Watches is a Florida corporation, with a principal address of 14051 NW 14th Street, Sunrise, Florida 33323. Since at least as early as July 7, 2005 Renato Watches has primarily been in the business of producing and selling quality watches.

2.    Upon information and belief, Defendant, Daniel Mink, SARL is a Swiss company doing business in the United States, and actively engaged in the sale or offering for sale of watches in the state of Florida and throughout the United States.

3.    Upon information and belief, Defendant, Daniel Mink, LLC is a New Jersey company actively engaged in the sale or offering for sale of watches in the State of Florida and throughout the United States.

### JURISDICTION AND VENUE

4.    This is a claim for Declaratory Judgment of non-infringement of a trademark

1

pursuant to 28 U.S.C. §2201 and pursuant to the Lanham Act, 15 U.S.C. §1114 et seq.

5. The Declaratory Judgment Act provides, in pertinent part:

In a case of actual controversy within its jurisdiction ... any court of the United States, upon the filing of an appropriate pleading, may declare the rights or other legal relations of any interested party seeking such declaration, whether or not future relief is or could be sought.

28 U.S.C. §2201.

6. Defendants are subject to personal jurisdiction as, upon information and belief, both together actively engage in the sale or offering for sale of watches in the state of Florida and in the Southern District of Florida.

7. Venue is proper in this district pursuant to 28 U.S.C. 1391(b)(2) in that the acts complained of herein arose in this district.

## FACTUAL BACKGROUND

### Background on Renato Watches

8. Since at least July of 2005, Renato Watches has been in the business of producing and selling quality watches.

9. Renato Watches designs its watches with a completely new look that distinguishes it from the "cookie cutter" designs of the watch industry.

10. Renato Watches sells its watches under a number of trademarks including, but not limited to, "RENATO"®, "RC"®, "RENATO WILDE-BEAST"®, "T-REX"®, "BEAST"®, RENATO BEAUTY"®, and others.

11. Renato Watches primarily markets its products via its website located at URL www.renatowatches.com and via on air television via Shop NBC. Renato Watches are also promoted and offered for sale on www.shopnbc.com.

12. One of the principles and the co-founder of Renato Watches is Mr. Daniel Minkowitz.

13. Daniel Minkowitz has been known by the name "Daniel Mink" since childhood, and has used the name continuously in both his professional and personal life ever since.

14. Daniel Minkowitz as Daniel Mink is the public face of Renato Watches and makes regular personal appearances during live on air television promotions for Renato Watches on Shop NBC.

2

### The Alleged "DANIEL MINK" Trademark

15. On April 2, 1981 Aaron Minkowitz, through his former company Minx Jewelers, Inc., filed the original trademark application for "DANIEL MINK" for use in connection with watches; naming the watches after his son Daniel. This application ultimately matured to trademark Registration No. 1,198,627. See Exhibit A.

16. On January 12, 1984 an assignment was recorded with the United States Patent and Trademark Office ("USPTO") recoding the transfer of the "DANIEL MINK" mark from Aaron Minkowitz's Minx Jewelers, Inc. company to Daniel Mink Watch Corp. Id.

17. Through a series of subsequent assignments, Registration No. 1,198,627 for "DANIEL MINK" is now in owned, according to the USPTO records, by Montreux Group, LC. Id.

18. In a letter dated May 9, 2008, counsel for Defendants alleged that Renato Watches is engaged in trademark infringement. See Exhibit B.

19. Such allegations of trademark infringement have placed Renato Watches in fear of imminent litigation against it relating to the personal name "Daniel Mink."

20. Renato Watches has not infringed any trademark of the Defendants.

### COUNT I –
### DECLARATORY JUDGMENT OF NON-INFRINGEMENT
### OF FEDERAL TRADEMARK REGISTRATION NO. 1,198,627
### DEFENDANTS LACK STANDING

21. Renato Watches realleges and reavers the allegations of paragraphs 1 through 20 as if fully set forth herein.

22. Upon information and belief, neither of the Defendants owns Registration No. 1,198,627 for "DANIEL MINK." Rather, the registration, as reflected by the records of the USPTO, is owned by Montreux Group, LC. Defendants therefore lack standing to assert infringement of Registration No. 1,198,627.

23. Upon information and belief, neither Defendant has used the phrase "DANIEL MINK" in connection with the manufacture or sale of watches or related goods and services and therefore has no right in and to the same as a trademark.

## COUNT II –
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT
## OF FEDERAL TRADEMARK REGISTRATION NO. 1,198,627
## DANIEL MINK IS A PERSONAL NAME

24. Renato Watches realleges and reavers the allegations of paragraphs 1 through 20 as if fully set forth herein.

25. 15 U.S.C. §1115(b)(4) provides that the use of a "party's individual name in his own business, or of the individual name of anyone in privity with such party" is a defense to infringement even of an "incontestable" trademark.

26. Regardless of whether the Defendants can ultimately plead and/or prove ownership of the registration in question, Renato Watches has not infringed the same as "Daniel Mink" is a name that refers to a living person associated with and in privity with Renato Watches.

27. Specifically, Daniel Mink is a principal and the public face of Renato Watches and therefore not an infringement of any alleged rights.

## COUNT III –
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT
## OF FEDERAL TRADEMARK REGISTRATION NO. 1,198,627.
## RENATO WATCHES MAKES NO TRADEMARK USE OF "DANIEL MINK"

28. Renato Watches realleges and reavers the allegations of paragraphs 1 through 20 as if fully set forth herein.

29. In their May 9, 2008 letter, the Defendants alleged that Renato Watches is "using the mark DANIEL MINK in connection with watches and chronographs." However, Renato Watches makes no such trademark use.

30. Renato Watches does not display the name "Daniel Mink" on any goods.

31. Further, Renato Watches does not use the name "Daniel Mink" in any context other than to personally refer to Mr. Daniel Mink's name.

**WHEREFORE**, Plaintiff, Renato Watches respectfully requests that this Court enter a declaratory judgment in its favor and against Defendants. Renato Watches also request judgment for damages suffered by Renato Watches, for Renato Watches' cost in pursuing this action, and for such additional relief this Court deems just and proper.

4

## JURY DEMAND

Plaintiff demands trial by jury of all issues to triable.

Dated: June ___, 2008

Respectfully submitted,

By: _____
Scott W. Rothstein
Florida Bar No.: 765880
Email: srothstein@rra-law.com
Frank Herrera
Florida Bar No.: 494801
Email: fherrera@rra-law.com
Lisa Kaufman
Florida Bar No.: 263357
Email: lkaufman@rra-law.com
Gustavo Sardiña
Florida Bar No.: 31162
Email: gsardina@rra-law.com
JanPaul Guzman
Florida Bar No.: 16064
Email: jpguzman@rra-law.com
ROTHSTEIN ROSENFELDT ADLER
401 East Las Olas Blvd., Suite 1650
Fort Lauderdale, Florida 33301
Telephone: (954) 522-3456
Facsimile: (954) 527-8863

**Counsel for Plaintiff**

5

# EXHIBIT A



# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List   Next on List      Return To List

Events         No Name History

[ Entity Name Search ]

## Detail by Entity Name

### Florida Profit Corporation
MINX JEWELERS, INC.

### Filing Information

| | |
|---|---|
| Document Number | 597442 |
| FEI Number | 591863984 |
| Date Filed | 12/14/1978 |
| State | FL |
| Status | INACTIVE |
| Last Event | INVOLUNTARILY DISSOLVED |
| Event Date Filed | 11/10/1983 |
| Event Effective Date | NONE |

### Principal Address

C/O NEAL HOCHHEISER, P.A.
820 ARTHUR GODFREY ROAD
MIAMI BEACH FL 33140

### Mailing Address

C/O NEAL HOCHHEISER, P.A.
820 ARTHUR GODFREY ROAD
MIAMI BEACH FL 33140

### Registered Agent Name & Address

MINKOWITZ, AARON
540 WEST 37TH STREET, #402
MIAMI BEACH FL 33140

### Officer/Director Detail

**Name & Address**

Title P

MINKOVITZ, AARON
540 W. 37TH STREET
MIAMI BEACH FL

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 1980 | 05/20/1982 |
| 1981 | 05/20/1982 |
| 1982 | 05/20/1982 |

### Document Images

**No images are available for this filing.**

Note: This is not official record. See documents if question or conflict.

**Previous on List**   **Next on List**   **Return To List**

**Events**   No Name History

[ Entity Name Search ]

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat May 31 04:17:05 EDT 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:      OR [Jump] to record:      **Record 1 out of 2**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| Word Mark | DANIEL MINK |
| Goods and Services | IC 014. US 027. G & S: Watches. FIRST USE: 19801201. FIRST USE IN COMMERCE: 19801201 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 73303832 |
| Filing Date | April 2, 1981 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | March 30, 1982 |
| Registration Number | 1198627 |
| Registration Date | June 22, 1982 |
| Owner | (REGISTRANT) Minx Jewelers, Inc. CORPORATION FLORIDA Suite 9A 407 Lincoln Rd. Miami Beach FLORIDA 33139 |
| | (LAST LISTED OWNER) MONTREUX GROUP, L.C., THE LTD LIAB CO BY ASSIGNMENT, BY ASSIGNMENT, BY ASSIGNMENT FLORIDA 560 MAIN ST., SUITE 2A ALLENHURST NEW JERSEY 07711 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Karen A. Monroe, Esq. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20020927. |
| **Renewal** | 1ST RENEWAL 20020927 |
| **Other Data** | "Daniel Mink" is an arbitrary name devised by applicant and does not refer to a particular living individual. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Watches
**Basis:** 1(a)
**First Use Date:** 1980-12-01
**First Use in Commerce Date:** 1980-12-01

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "Daniel Mink" is an arbitrary name devised by applicant and does not refer to a particular living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-03-31 - Case File In TICRS

2005-02-28 - Attorney Revoked And/Or Appointed

2005-02-28 - TEAS Revoke/Appoint Attorney Received

2002-09-27 - First renewal 10 year

2002-09-27 - Section 8 (10-year) accepted/ Section 9 granted

2002-06-21 - Combined Section 8 (10-year)/Section 9 filed

1988-09-21 - Section 8 (6-year) accepted & Section 15 acknowledged

1988-04-15 - Section 8 (6-year) and Section 15 Filed

1982-06-22 - Registered - Principal Register

1982-03-30 - Published for opposition

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Karen A. Monroe, Esq.

**Correspondent**
Karen A. Monroe, Esq.
Siller Wilk LLP
675 Third Avenue

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2008-06-02 14:35:22 ET

**Serial Number:** 73303832 Assignment Information        Trademark Document Retrieval

**Registration Number:** 1198627

**Mark (words only):** DANIEL MINK

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2002-09-27

**Filing Date:** 1981-04-02

**Transformed into a National Application:** No

**Registration Date:** 1982-06-22

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2008-03-31

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. MONTREUX GROUP, L.C., THE

**Address:**
MONTREUX GROUP, L.C., THE
560 MAIN ST., SUITE 2A
ALLENHURST, NJ 07711
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Florida

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active

New York NY 10017-5704
Phone Number: (212) 421-2233
Fax Number: (212) 752-6380

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 7**

**Serial #:** 73303832        **Filing Dt:** 04/02/1981        **Reg #:** 1198627        **Reg. Dt:** 06/22/1982
**Registrant:** Minx Jewelers, Inc.
**Mark:** DANIEL MINK

### Assignment: 1

**Reel/Frame:** 0457/0527        **Received:**        **Recorded:** 01/20/1984        **Pages:** 1
**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
**Assignor:** MINX JEWELERS, INC.
                                                                    **Exec Dt:** 01/12/1984
                                                                    **Entity Type:** CORPORATION
                                                                    **Citizenship:** FLORIDA
**Assignee:** DANIEL MINK WATCH CORP.
             SUITE 201                                              **Entity Type:** CORPORATION
             576-5TH AVE.                                           **Citizenship:** NEW YORK
             NEW YORK, NEW YORK 10036
**Correspondent:** JOHN CYRIL MALLOY
                  169 EAST FLAGLER ST.
                  MIAMI, FL 33131

### Assignment: 2

**Reel/Frame:** 0755/0852        **Received:**        **Recorded:** 12/10/1990        **Pages:** 0
**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
**Assignor:** DANIEL MINK WATCH CORP.
                                                                    **Exec Dt:** 11/30/1990
                                                                    **Entity Type:** CORPORATION
                                                                    **Citizenship:** NEW YORK
**Assignee:** DANIEL MINK WATCH CORP.
             SUITE 9L                                               **Entity Type:** CORPORATION
             407 LINCOLN ROAD                                       **Citizenship:** FLORIDA
             MIAMI BEACH, FLORIDA 33139
**Correspondent:** JAMES WETTERLING, P. A.
                  SUITE 801, 1401 BRICKELL AVENUE
                  MIAMI, FL 33131

### Assignment: 3

**Reel/Frame:** 1804/0763        **Received:** 10/28/1998        **Recorded:** 10/20/1998        **Pages:** 2
**Conveyance:** BILL OF SALE
**Assignor:** DANIEL MINK WATCH CORPORATION
                                                                    **Exec Dt:** 04/18/1997
                                                                    **Entity Type:** CORPORATION
                                                                    **Citizenship:** FLORIDA
**Assignee:** MONTREAUX GROUP L.C.
             407 LINCOLN ROAD, FOURTH FLOOR                         **Entity Type:** LIMITED LIABILITY COMPANY
             MIAMI BEACH, FLORIDA 33139                             **Citizenship:** NONE
**Correspondent:** LOEB & LOEB LLP
                  DAVID W. GRACE
                  1000 WILSHIRE BOULEVARD, SUITE 1800
                  LOS ANGELES, CA 90017

### Assignment: 4

**Reel/Frame:** 2131/0736        **Received:** 09/11/2000        **Recorded:** 07/12/2000        **Pages:** 6

**Conveyance:** CORRECTION OF PAST COVER SHEET
**Assignor:** DANIEL MINK WATCH
  **Exec Dt:** 10/28/1998
  **Entity Type:** CORP.
  **Citizenship:** NONE
**Assignee:** MONTREAUX GROUP
  FLOOR 4
  407 LINCOLN ROAD
  MIAMI BEACH, FLORIDA 33139
  **Entity Type:** LIMITED LIABILITY COMPANY
  **Citizenship:** NONE
**Correspondent:** COLLEN LAW ASSOCIATES, P.C.
  SCARBOROUGH STATION
  BOX 306
  SCARBOROUGH, NEW YORK 10510-0806

### Assignment: 5
**Reel/Frame:** 2037/0481   **Received:** 03/22/2000   **Recorded:** 02/14/2000   **Pages:** 2
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** DANIEL MINK WATCH CORPORATION
  **Exec Dt:** 11/03/1999
  **Entity Type:** CORPORATION
  **Citizenship:** FLORIDA
**Assignee:** MONTREUX GROUP, L.C., THE
  9480 BEVERLY CREST
  BEVERLY HILLS, CALIFORNIA 90210
  **Entity Type:** LIMITED LAIBILITY COMPANY
  **Citizenship:** FLORIDA
**Correspondent:** CARLTON, FIELDS, ET AL.
  ANDREW C. GREENBERG
  P.O. BOX 3239
  TAMPA, FL 33601-3239

### Assignment: 6
**Reel/Frame:** 2037/0500   **Received:** 03/22/2000   **Recorded:** 02/14/2000   **Pages:** 2
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** MINKOWITZ, RINA
  **Exec Dt:** 11/03/1999
  **Entity Type:** INDIVIDUAL
  **Citizenship:** UNITED STATES
**Assignee:** MONTREUX GROUP, L.C., THE
  9480 BEVERLY CREST
  BEVERLY HILLS, CALIFORNIA 90210
  **Entity Type:** LIMITED LIABILITY COMPANY
  **Citizenship:** FLORIDA
**Correspondent:** CARLTON, FIELDS, ET AL.
  ANDREW C. GREENBERG
  P.O. BOX 3239
  TAMPA, FL 33601-3239

### Assignment: 7
**Reel/Frame:** 2037/0479   **Received:** 03/22/2000   **Recorded:** 02/14/2000   **Pages:** 2
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** MINKOWITZ, DANIEL
  **Exec Dt:** 11/05/1999
  **Entity Type:** INDIVIDUAL
  **Citizenship:** UNITED STATES
**Assignee:** MONTREUX GROUP, L.C., THE
  9480 BEVERLY CREST
  BEVERLY HILLS, CALIFORNIA 90210
  **Entity Type:** LIMITED LIABILITY COMPANY
                 - STATE OF FLORIDA
  **Citizenship:** FLORIDA
**Correspondent:** CARLTON, FIELDS, ET A.L
  ANDREW C. GREENBERG
  P.O. BOX 3239
  TAMPA, FL 33601-3239

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Search Results as of: 06/02/2008 02:35 PM

15 of 20   http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=73303832   6/2/2008

Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# EXHIBIT B

06-13255

**LUCAS & MERCANTI, LLP**
ATTORNEYS AT LAW
INTELLECTUAL PROPERTY

**Donald C. Lucas**
**Michael N. Mercanti**

475 PARK AVENUE SOUTH
15th FLOOR
NEW YORK, NY 10016

Mailer's Information
212-661-8000 ext. 128
dcl@mlmpatent.us

Timothy D. Meade
Hyun Soon Cho
Yaodong Chen*
Daniel P. McKenzie‡
Paolo A. Strino
Christina M. Jordan†

Telephone: 212-661-8000
Facsimile: 212-661-8002
E-mail: info@mlmpatent.us
www.mlmpatent.us

*Of Counsel*

Laurence Manber, Ph.D.
Paul Diamond, Ph. D.
Alexander R. Pagano, Ph.D.

*CA Only\**
*MA Only‡*
*Registered Patent Agent††*

May 9, 2008

Yun H. Choe, Ph.D.
Scientific Advisor

Renato Watches, Inc.
14051 NW 14th Street
Sunrise, Florida 33323

    Re: Use in Commerce of U.S. registered Trademark
       DANIEL MINK for watches in Reg. No. 1,198,627
       <u>Our Ref: MINK-TM-1</u>

Dear Sirs:

  We are trademark counsel for Daniel Mink SARL and Daniel Mink LLC, owners of the trademark DANIEL MINK, for watches, in U.S. Registration No. 1,198,627.

  Daniel Mink is considered one of the leaders in the watch industry for its outstanding styling and technical excellence. Our client has used the mark DANIEL MINK for watches in U.S. commerce for more than twenty five years.

  Our client has invested substantial time, money and effort in the marketing and sales of its products under the DANIEL MINK mark on both a national and international scale. As a result, the DANIEL MINK trademark enjoys enormous consumer reputation and substantial goodwill.

  It has come to our attention that your company, Renato Watches, Inc, is using the mark DANIEL MINK in connection with watches and chronographs.

  Our client considers its DANIEL MINK trademark to be valuable property asset that it has every intention of defending against encroachment by others. There is no doubt that in the minds of the consuming public, your use of the name DANIEL MINK is likely to lead to confusion with our registered trademark. In fact, the marks are identical, and are used in connection with the same goods, likely to be sold in the same location. In this respect, our client has received numerous inquiries from customers, retailers and vendors asking to clarify the source of the products associated, or sold under the mark.

Furthermore, it is also our understanding that, given the recognition enjoyed by the name DANIEL MINK in the watch industry, you are fully aware of our client's trademark rights and that you have intentionally traded on the goodwill of your client.

In that vein that we demand that you cease and desist further use of the trademark DANIEL MINK, in connection with watches, chronographs and other like products. We further demand that you take immediate steps to change any reference to the trademark DANIEL MINK in your company website and other online and offline publication and that you destroy any goods or products, any stationery, business cards, invoices, advertising, promotional materials, bearing the infringing mark.

We also demand your assurances by May 31, 2008 that you will discontinue all use of the mark DANIEL MINK, or other similar variations thereof.. If you fail to so advise us by that date, our client reserves the right, without further notice to you, to take such action as it deems advisable, to assert its right to recover damages, lost profits, and the costs thereof, and to otherwise protect its interests.

Sincerely,

LUCAS & MERCANTI, LLP

*Donald C. Lucas*

Donald C. Lucas

DCL/pas

cc:   Nathan Fagre, General Counsel;
      Matthew Lubkeman, Watch Buyer

      Shop NBC
      6740 Shady Oak Road
      Eden Prairie, MN - 55344

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
Renato Watches, Inc.

**DEFENDANTS**
Daniel Mink, LLC and Daniel Mink, SARL

**(b)** County of Residence of First Listed Plaintiff  Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Ocean, New Jersey
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
ROTHSTEIN ROSENFELDT ADLER
401 East Las Olas Boulevard, Suite 1650
Fort Lauderdale, Florida 33301
(954) 522-3456

Attorneys (If Known)
LUCAS & MERCANTI, LLP

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☑ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:08 CV 60842 - Martinez (Brown)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☑ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):
a) Re-filed Case ☐ YES ☐ NO
b) Related Cases ☐ YES ☐ NO
JUDGE _____ DOCKET NUMBER _____

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Declaratory Judgment of Non-Infringement under 28 U.S.C. §2201

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE 5/2/08

FOR OFFICE USE ONLY
AMOUNT 350  RECEIPT # _____  IFP _____

543290